## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT COURT OF COLORADO

Civil Action No. 05-cv-00305-RPM

CENTER FOR BIOLOGICAL DIVERSITY,

PACIFIC RIVERS COUNCIL and
BIODIVERSITY CONSERVATION ALLIANCE,

      Plaintiffs,

v.

UNITED STATES FISH AND WILDLIFE SERVICE, an agency of the United States,

RALPH MORGENWECK, in his official capacity as
Regional Director (Region 6) of the United States Fish and Wildlife Service,
STEVEN WILLIAMS, in his official capacity as
Director of the United States Fish and Wildlife Service, and
GALE NORTON, in her official capacity as
Secretary of the Interior,

      Defendants.

---

## ORDER GRANTING JOINT MOTION TO VACATE
## THE JULY 1, 2005 SCHEDULING CONFERENCE

---

THIS MATTER came before the Court on a Joint Motion To Vacate The July 1, 2005 Scheduling Order. The parties seek an order to vacate the Scheduling Conference and have submitted their proposed Scheduling Order entered by the Court.

All parties concur in this Motion. Having considered the Motion, the Court finds that the Motion shall be granted and it is therefore

ORDERED that the July 1, 2005, Scheduling Conference be vacated.

Dated: June 23rd, 2005

                                                 BY THE COURT:

                                                 s/Richard P. Matsch

                                               _____

                                               Richard P. Matsch
                                               Senior United States District Judge