IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00305-RPM

CENTER FOR BIOLOGICAL DIVERSITY,
PACIFIC RIVERS COUNCIL and
BIODIVERSITY CONSERVATION ALLIANCE,

        Plaintiffs,

v.

UNITED STATES FISH AND WILDLIFE SERVICE,
RALPH MORGENWECK, in his official capacity as Regional Director (Region 6) of the United States Fish and Wildlife Service,
STEVEN WILLIAMS, in his official capacity as Director of the United States Fish and Wildlife Service, and
GALE NORTON, in her official capacity as Secretary of the Interior,

        Defendants,

STATE OF UTAH and
STATE OF WYOMING,

        Defendant Intervenors.

_____

ORDER GRANTING MOTION TO INTERVENE OF WYOMING AND UTAH
_____

This matter came before the Court on the unopposed motion of the State of Wyoming and the State of Utah to intervene as defendants in this civil action.

Pursuant to Fed.R.Civ.P. 24(a) and (b), it is

ORDERED that the motion is granted, the joint answer tendered as Exhibit A to the memorandum of law in support of the motion is filed and the intervening defendants shall comply with the Stipulated Scheduling Order entered on June 23, 2005.

DATED: June 30th, 2005.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge