IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF COLORADO

Civil Action No. CV-05-F-0305-CBS-RPM

CENTER FOR BIOLOGICAL DIVERSITY,
PACIFIC RIVERS COUNCIL and
BIODIVERSITY CONSERVATION ALLIANCE,

        Plaintiffs,

v.

UNITED STATES FISH AND WILDLIFE SERVICE, an agency of the United States,
RALPH MORGENWECK, in his official capacity as
  Regional Director (Region 6) of the United States Fish and Wildlife Service,
STEVEN WILLIAMS, in his official capacity as
  Director of the United States Fish and Wildlife Service, and
GALE NORTON, in her official capacity as
  Secretary of the Interior,

        Defendants.

---

### ORDER

---

    Upon consideration of the Motion For Withdrawal of Michael R. Harris, it is hereby

    ORDERED that said motion is granted, and that the MOTION FOR WITHDRAWAL is hereby authorized.

Dated: August 16, 2005

                              BY THE COURT:

                              Richard P. Matsch, Senior District Judge