IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00305-RPM

CENTER FOR BIOLOGICAL DIVERSITY,
PACIFIC RIVERS COUNCIL and
BIODIVERSITY CONSERVATION ALLIANCE,

        Plaintiffs,

v.

UNITED STATES FISH AND WILDLIFE SERVICE,
RALPH MORGENWECK, in his official capacity as Regional Director (Region 6) of the United States Fish and Wildlife Service,
STEVEN WILLIAMS, in his official capacity as Director of the United States Fish and Wildlife Service, and
DIRK KEMPTHORNE, in his official capacity as Secretary of the Interior,

        Defendants,

STATE OF UTAH and
STATE OF WYOMING,

        Defendant Intervenors.

_____

ORDER
_____

Upon consideration of the Unopposed Motion for Withdrawal (Doc. #82), it is

ORDERED that the motion is granted and Neil Levine is relieved of further responsibility as counsel for plaintiffs in this matter.

DATED: April 10th, 2007

BY THE COURT:
s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge