IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00305-RPM

CENTER FOR BIOLOGICAL DIVERSITY,
PACIFIC RIVERS COUNCIL and
BIODIVERSITY CONSERVATION ALLIANCE,

    Plaintiffs,

v.

UNITED STATES FISH AND WILDLIFE SERVICE,
RALPH MORGENWECK, in his official capacity as Regional Director (Region 6) of the United States Fish and Wildlife Service,
STEVEN WILLIAMS, in his official capacity as Director of the United States Fish and Wildlife Service, and
DIRK KEMPTHORNE, in his official capacity as Secretary of the Interior,

    Defendants,

STATE OF UTAH and
STATE OF WYOMING,

    Defendant Intervenors.

_____

## ORDER DEFERRING RULING
_____

After review of the Federal Defendant's Objection to Costs Not Taxed by the

Clerk of the Court, filed April 17, 2007 [86], plaintiffs' response [87] and federal

defendant's reply [88], it is

    ORDERED that ruling on the federal defendant's objection is deferred until resolution of the appeal.

    DATED: May 14th, 2007

                                      BY THE COURT:

                                      s/ Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge