IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00305-RPM

CENTER FOR BIOLOGICAL DIVERSITY,
PACIFIC RIVERS COUNCIL and
BIODIVERSITY CONSERVATION ALLIANCE,

    Plaintiffs,

v.

UNITED STATES FISH AND WILDLIFE SERVICE,
STEPHEN GUERTIN, in his official capacity as Regional Director (Region 6) of the United States Fish and Wildlife Service,
DALE HALL, in his official capacity as Director of the United States Fish and Wildlife Service, and
DIRK KEMPTHORNE, in his official capacity as Secretary of the Interior,

    Defendants,

STATE OF UTAH and
STATE OF WYOMING,

    Defendant Intervenors.

_____

## ORDER OF DISMISSAL
_____

    Pursuant to the Mandate of the Tenth Circuit Court of Appeals, it is

    ORDERED that this civil action is dismissed.

    DATED: October 26th, 2007

                                                  BY THE COURT:

                                                s/Richard P. Matsch
                                                _____
                                                Richard P. Matsch, Senior District Judge